No. 24-7280

# In the United States Court of Appeals for the Ninth Circuit

JEFFREY ISAACS,

*Plaintiff-Appellant,*

v.

APPLE INC.

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:21-cv-05567-EMC
Hon. Edward M. Chen

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

JEFFREY ISAACS
11482 KEY DEER CIRCLE
WELLINGTON, FL 33449
(212) 257-0737

# APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

# TO FILE OPENING BRIEF

Appellant Jeffrey Isaacs respectfully moves this Court for an order extending the time to file the Opening Brief. The current due date for filing the Opening Brief is February 12, 2025. Appellant requests an additional month beyond that date, up to and including March 12, 2025.

In support of this motion, Appellant states the following:

Appellant is proceeding *pro se* and previously obtained a streamlined 30-day extension. The Opening Brief is currently due on February 12, 2025. Good cause exists for the requested extension. Appellant is experiencing a chronic medical condition that significantly impacts the ability to research and prepare the Opening Brief. Despite best efforts, Appellant's situation necessitates additional time to complete and file a thorough and accurate brief. Additionally, yesterday Appellant was required by a United States District Judge to file a Show Cause brief in a Google Antitrust matter due on February 10. Appellant would need to forego sleep for several days to complete both on time, which is simply not possible given his health.

Counsel for Appellee Apple Inc. has been contacted regarding this request, and does not oppose this motion.

Granting the requested extension will not prejudice Appellee. Appellant believes that this additional time is necessary and will ensure the Court receives properly prepared briefing.

For the reasons stated above, Appellant Jeffrey Isaacs respectfully requests that the Court grant an extension of time to file the Opening Brief until March 12, 2025.

Date: February 6, 2025

/s/ Jeffrey Isaacs
JEFFREY ISAACS
11482 KEY DEER CIRCLE
WELLINGTON, FL 33449
(212) 257-0737

2

**Certificate of Service**

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 6, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

**Signature** ____/s/ Jeffrey Isaacs_____ **Date** _____2/6/25_____