UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY D. ISAACS,<br><br>　　　　　Plaintiff - Appellant,<br><br>and<br><br>CORONAVIRUS REPORTER; et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant - Appellee,<br><br>and<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　　Defendant. | No. 24-7280<br><br>D.C. No. 3:21-cv-05567-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 6) for an extension of time to file the opening brief is granted.

The opening brief is due March 12, 2025. The answering brief is due April 11, 2025. The optional reply brief is due within 21 days after service of the answering brief.

　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　CLERK OF COURT