UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY D. ISAACS,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>CORONAVIRUS REPORTER; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant - Appellee,<br><br>and<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | No. 24-7280<br><br>D.C. No.<br>3:21-cv-05567-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

The motion (Docket Entry No. 11) for summary disposition is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982); *see also Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262-63 (9th Cir. 1993) (standard for denial of reconsideration; grounds for relief under Fed. R. Civ. P. 60(b)).

The district court's October 28, 2024 order is affirmed.

**AFFIRMED.**