UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY D. ISAACS,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>CORONAVIRUS REPORTER; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant - Appellee,<br><br>and<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | No. 24-7280<br><br>D.C. No.<br>3:21-cv-05567-EMC<br><br>Northern District of California,<br>San Francisco<br><br>MANDATE |

The judgment of this Court, entered April 25, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT